1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
DOUGLAS ALLEN RHOAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00019-MJS-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO SCHEDULE STATUS |
| vs. | ) | CONFERENCE; ORDER |
| | ) | |
| DOUGLAS ALLEN RHOAN, | ) | DATE: October 21, 2015 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Michael J. Seng |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Susan St. Vincent, Acting Legal Officer for the National Park Service, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Douglas Allen Rhoan, that a status conference be scheduled for October 21, 2015, at 10:00 a.m.

The Court issued a warrant on September 22, 2015, but held it for ten days to allow defense counsel time to contact Mr. Rhoan.  Defense counsel has been in contact with Mr. Rhoan and requests that the Court recall the warrant

///

///

///

///

///

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: October 5, 2015                    */s/ Erin Snider*
                                                ERIN SNIDER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                DOUGLAS ALLEN RHOAN


Date: October 5, 2015                    */s/ Susan St. Vincent*
                                                SUSAN ST. VINCENT
                                                Acting Legal Officer
                                                National Park Service
                                                Yosemite National Park

## **O R D E R**

**IT IS SO ORDERED.** The Court hereby schedules a status conference for October 21, 2015, at 10:00 a.m. before the undersigned. The Court recalls the warrant issued but held on September 22, 2015.

IT IS SO ORDERED.

Dated:   October 5, 2015                        /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE