| | |
|---|---|
| 1　Susan St. Vincent<br>　　Yosemite Legal Officer<br>2　NATIONAL PARK SERVICE<br>3　Legal Office<br>　　P.O. Box 517<br>4　Yosemite, California 95389<br>　　Telephone: (209) 372-0241<br>5 | **FILED**<br><br>APR 18 2017<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>　　DEPUTY CLERK |



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS ALLEN RHOAN,<br><br>　　　　Defendant. | DOCKET NO. 6:16-mj-19-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Douglas Allen RHOAN has failed to abstain from alcohol, obey all laws, notify the Court of new law violations, and attend AA meetings as ordered by the Court.

As the legal officer, I am aware that Douglas Allen RHOAN, was charged with being under the influence of alcohol, in violation of Title 36 Code of Federal Regulations § 2.35(c). On April 28, 2015, RHOAN plead guilty to the charge under the influence of alcohol. RHOAN was sentenced to 36 months of unsupervised probation, with the

1

1 conditions he refrain from any alcohol; pay $100 fine within 60 days; attend Alcoholics
2 Anonymous three times a week for the first six months of probation and once a week
3 thereafter; submit a status report to the court every two months starting on 06/30/2015;
4 obey all laws; and report all new violations of the law to the Court.

On August 24, 2015, the Government filed a Statement of Alleged Probation Violations charging RHOAN with five probation violations relating to two arrests for being under the influence of alcohol in Yosemite National Park on August 9, 2015 and August 22, 2015 and failing to pay the fine. On August 25, 2015, RHOAN admitted to all counts of the probation violation and sentencing was held on March 22, 2016. At the sentencing hearing, Defendant provided proof of completion of a ninety day in patient treatment program, and this Court ordered probation to continue until April 28, 2016 with all previously imposed conditions to remain in effect.

The government alleges RHOAN has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO ABSTAIN FROM ALCOHOL CONSUMPTION

RHOAN was ordered not to drink alcohol during his probation. On August 17, 2016 RHOAN was arrested in Mariposa, CA, for violation of the California Penal Code 647(F) – disorderly conduct: under the influence of drugs / alcohol. RHOAN was sentenced on December 12, 2016.

CHARGE TWO: FAILURE TO ABSTAIN FROM ALCOHOL CONSUMPTION

RHOAN was ordered not to drink alcohol during his probation. On September 26, 2016 RHOAN was arrested in Mariposa, CA, for violation of the California Penal Code 647(F) – disorderly conduct: under the influence of drugs / alcohol. RHOAN was sentenced on December 12, 2016.

CHARGE THREE: FAILURE TO OBEY ALL LAWS

RHOAN was ordered to obey all laws. On August 17, 2016 RHOAN was arrested in Mariposa, CA, for violation of the California Penal Code 647(F) – disorderly conduct: under the influence of drugs / alcohol. RHOAN was sentenced on December 12, 2016.

1  CHARGE FOUR:   FAILURE TO OBEY ALL LAWS

2  RHOAN was ordered to obey all laws.  On September 26, 2016 RHOAN was arrested in Mariposa, CA, for violation of the California Penal Code 647(F) – disorderly conduct: under the influence of drugs / alcohol.  RHOAN was sentenced on December 12, 2016.

CHARGE FIVE:   FAILURE TO REPORT NEW VIOLATION

RHOAN was ordered to report any new violations to the Court.  On August 17, 2016 RHOAN was arrested in Mariposa, CA, for violation of the California Penal Code 647(F) – disorderly conduct: under the influence of drugs / alcohol.  The Yosemite Legal Office learned of this arrest through reviewing RHOAN'S criminal background.

CHARGE SIX:   FAILURE TO REPORT NEW VIOLATION

RHOAN was ordered to report any new violations.  On September 26, 2016 RHOAN was arrested in Mariposa, CA, for violation of the California Penal Code 647(F) – disorderly conduct: under the influence of drugs / alcohol.  The Yosemite Legal Office learned of this arrest through reviewing RHOAN'S criminal background.

CHARGE SEVEN:   FAILURE TO ATTEND ALCOHOLICS ANONYMOUS

RHOAN was ordered to attend AA or the equivalent 3 times a week for the first six months and one time a week for the remaining probationary period and to file a report with the court every two months.  To date, RHOAN has filed 0 reports and had submitted proof of 0 AA attendance.

_4/18/17_
Date

_____
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_4/18/17_
Date

_____
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3