Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241


FILED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-019-MJS |
| Plaintiff, | |
| v. | **FIRST AMENDED AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| DOUGLAS ALLEN RHOAN, | |
| Defendant. | |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on Court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Douglas Allen RHOAN has failed to abstain from alcohol, obey all laws, notify the Court of new law violations, and to attend AA meetings as ordered by this Court.

As the Acting Legal Officer, I am aware that RHOAN was charged with being

1

under the influence of alcohol, in violation of Title 36 Code of Federal Regulations § 2.35(c). On April 28, 2015, RHOAN pled guilty to the charge under the influence of alcohol. RHOAN was sentenced to 36 months of unsupervised probation, with the conditions he refrain from any alcohol; pay a $100 fine within 60 days; attend AA three times a week for the first six months of probation and once a week thereafter; submit a status report to the Court every two months starting on 06/20/2015; obey all laws; and report all new violations of the law to the Court.

On August 24, 2015 the Government filed Statement of Alleged Probation Violations charging RHOAN with five probation violations relating to two arrests for being under the influence of alcohol in Yosemite National Park on August 09, 2015 and August 22, 2015, and for failing to pay a court-ordered fine. On August 25, 2015 RHOAN admitted to all counts of the probation violation and sentencing was held on March 22, 2016. At the sentencing hearing, RHOAN provided proof of completion of a ninety-day inpatient treatment program, and this Court ordered probation to continue until April 28, 2016 with all previously imposed conditions to remain in effect.

The Government alleges RHOAN has violated the following conditions of his unsupervised probation:

CHARGE ONE:    FAILURE TO ABSTAIN FROM ALCOHOL CONSUMPTION

RHOAN was ordered not to drink alcohol during his probation. On August 17, 2016 RHOAN was arrested in Mariposa, CA for violating the California Penal Code § 647(F) – disorderly conduct: under the influence of drugs / alcohol. RHOAN was sentenced on December 12, 2016.

CHARGE TWO:    FAILURE TO OBEY ALL LAWS

RHOAN was ordered to obey all laws. On August 17, 2016 RHOAN was arrested in Mariposa, CA for violating the California Penal Code § 647(F) – disorderly conduct: under the influence of drugs / alcohol. RHOAN was sentenced on December 12, 2016.

CHARGE THREE: FAILURE TO REPORT NEW LAW VIOLATION

RHOAN was ordered to report any new violations. On August 17, 2016 RHOAN

2

was arrested in Mariposa, CA for violating the California Penal Code § 647(F) – disorderly conduct: under the influence of drugs / alcohol. RHOAN was sentenced on December 12, 2016. The Yosemite Legal Office learned of this arrest through reviewing RHOAN's criminal background.

CHARGE FOUR:   FAILURE TO ATTEND ALCOHOLICS ANONYMOUS

RHOAN was ordered to attend AA or the equivalent 3 times a week for the first six months of his probation and once a week for the remainder of his probation period, with the added requirement that he file a report with the Court every two months. To date, RHOAN has not filed any reports and has not submitted any proof of having attended any AA sessions.

07/11/17
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/11/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California