HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DOUGLAS RHOAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00019-MJS |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| DOUGLAS RHOAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Douglas Rhoan, that the Court modify the terms and conditions of Mr. Rhoan's probation as set forth below.

On April 28, 2015, Mr. Rhoan was sentenced to thirty-six months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within seven days, and pay a $100 fine. Additionally, Mr. Rhoan was ordered to refrain from alcohol and attend Alcoholics Anonymous ("AA"), "or the equivalent," three times a week for the first six months of probation and then one time per week for the remainder of probation. Mr. Rhoan was also ordered to send a status report to the Court once every two months, acknowledging that he has refrained from alcohol and drugs, with the report to list the name and telephone number of a sponsor.

On August 24, 2015, the government filed a Statement of Alleged Probation Violation, alleging multiple violations of probation. Mr. Rhoan was sentenced for these violations on March 22, 2016, and subsequently admitted into a 90 day in-patient alcohol treatment program. The previously imposed conditions of probation were to remain in effect.

On April 18, 2017, and later amended on July 11, 2017, the government filed an Affidavit of Alleged Probation Violation, alleging multiple violations of probation. On July 12, 2017, Mr. Rhoan admitted the violations and was sentenced to serve 30 days in custody, beginning August 11, 2017.

Following Mr. Rhoan's release from custody, he will be on probation until April 28, 2018. The terms and conditions of Mr. Rhoan's probation state that he "attend AA, or the equivalent . . . 1 time a week for the duration of probation." Dkt. # 4. At the July 12, 2017 sentencing on the probation violation, defense counsel proposed modifying the condition that Mr. Rhoan attend "AA, or the equivalent" to specify that Mr. Rhoan be permitted to attend sweat lodge ceremonies through the American Indian Council of Mariposa County in lieu of attending AA meetings. The Court withheld judgment of that issue and requested that the parties set the matter for a hearing.

Following the July 12, 2017 sentencing on the probation violation, defense counsel contacted William Leonard, the Tribal Chair of the American Indian Council of Mariposa County, requesting additional information regarding sweat lodge ceremonies as a means of treating substance abuse issues. Mr. Leonard subsequently provided the attached letter detailing the structure, purpose, and meaning behind the sweat lodge ceremonies and how they assist individuals struggling with sobriety. *See* Exhibit A - William Leonard July 16, 2017 Letter. This letter was provided to the government on July 17, 2017. A previous letter from Mr. Leonard submitted on behalf of Mr. Rhoan was provided to the Court at the July 12, 2017 sentencing hearing and is attached for reference. *See* Exhibit B - William Leonard July 9, 2017 Letter.

In relevant part, Mr. Leonard, a retired substance abuse counselor, comments on the "importance of the sweat lodge as it relates to sobriety and life skills," and notes that he attributes his own sobriety to participation in such ceremonies. Exhibit A. He also comments on

1  the structure of the sweat lodge ceremony and notes that participation in a sweat lodge ceremony
2  can take up to "6 to 7 hours." *Id.* Mr. Leonard also states that he lives nearby to Mr. Rhoan, that
3  he provides transportation for Mr. Rhoan to attend such ceremonies, and that Mr. Rhoan attends,
4  and participates in, anywhere between two and three sweat lodge ceremonies per month, and has
5  done so for the past year. *See* Exhibits A and B.

6  The parties propose striking the section of Mr. Rhoan's probation that specifies that he
7  attend "AA, or the equivalent . . . 1 time a week for the duration of probation," to read as
8  follows: "Following his release from custody, Mr. Rhoan must attend the equivalent of one sweat
9  lodge ceremony, or one counseling session, or one AA meeting per week until March 20, 2018."
10 The intention of this modification is to permit Mr. Rhoan to attend sweat lodge ceremonies in
11 lieu of attending AA meetings. However, for the one-to-two weeks per month when Mr. Rhoan
12 does not attend sweat lodge ceremonies (since they are only offered two-to-three weeks per
13 month), he attend either a counseling session or an AA meeting. This will permit Mr. Rhoan to
14 have weekly contact and support regarding his sobriety, while also permitting Mr. Rhoan to
15 engage in a therapeutic process that is sensitive to his cultural heritage and stated treatment
16 preference.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 18, 2017        */s/ Susan St. Vincent*
                           Susan St. Vincent
                           Yosemite Legal Officer
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender


Date: July 18, 2017        */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           DOUGLAS RHOAN

**O R D E R**

The Court hereby grants the parties' request to modify the conditions of Mr. Rhoan's probation as set forth above, in case number 6:15-mj-00019-MJS.

IT IS SO ORDERED.

Dated: <u>July 18, 2017</u>        /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE