HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DOUGLAS RHOAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00019-MJS |
| Plaintiff, | **REQUEST FOR EXTENSION OF REPORT DATE FOR PRE-BOOKING PROCESSING; ORDER** |
| vs. | |
| DOUGLAS RHOAN, | |
| Defendant. | |

Defendant Douglas Rhoan hereby files requests to extend the date on which he is to report to the United States Marshal's Office for pre-booking processing.

On July 12, 2017, this Court sentenced Mr. Rhoan to thirty days in custody for several admitted probation violations. Mr. Rhoan was ordered to surrender to the United States Marshal's office on August 11, 2017, by 2:00 p.m. Later that same day, at 4:33 p.m., defense counsel received an email from the court clerk indicating that the Court had issued a minute order, ordering Mr. Rhoan to report to a United States Marshals' Office "within 7 days of today's date for pre-booking processing." Dkt. # 22. As defense counsel was driving back from Yosemite and not in the office at the time of receipt of the email, defense counsel was unable to contact Mr. Rhoan until the following day.

On July 13, 2017, defense counsel emailed Francesca Aguirre from the United States Marshal's office in Fresno, California, to inquire whether there was another United States

Marshal's office closer to Mariposa where Mr. Rhoan resides. Defense counsel learned that Mr. Rhoan's options were either to report to the Fresno or the Sacramento office. Defense counsel then notified Mr. Rhoan of the Court's minute order and his obligation to report for pre-booking processing. As Mr. Rhoan lacks transportation and ability to drive, he made efforts to arrange a ride to Fresno on the morning of Tuesday, July 18, 2017. However, due to a recent fire[1] in the Mariposa area, he was unable to travel to Fresno on Tuesday, July 18, 2017, to report for pre-booking processing.

On the morning of July 18, 2017, Mr. Rhoan contacted the United States Marshal's office in Fresno, California, and spoke with Deputy United States Marshal Darrin Altman, who instructed Mr. Rhoan to notify his attorney. Subsequently, defense counsel received a call from Mr. Rhoan indicating that he was unable to travel to Fresno, that he had notified the United States Marshal's office of his inability to travel because of the fire, and that he was making efforts to arrange transportation for either Friday, July 21, 2017, or Monday, July 24, 2017, depending on the progress of the fire. After speaking with Mr. Rhoan, defense counsel contacted Deputy Altman, who confirmed that he spoke to Mr. Rhoan. Deputy Altman also confirmed that the United States Marshal's office could process Mr. Rhoan on either Friday, July 21, 2017, or on Monday, July 24, 2017, but stated a preference for Friday, July 21, 2017.

At 11:11 a.m. on July 18, 2017, defense counsel emailed Yosemite Legal Officer Susan St. Vincent, inquiring as to the government's position on extending the time for Mr. Rhoan to report for pre-booking processing to Monday, July 24, 2017 due to the fire in Mariposa. As of the date of this filing, defense counsel has not received a response and is unaware of the government's position on the herein request.

Given the above, and in light of the extensive fire occurring in Mariposa,[2] Mr. Rhoan requests that the Court extend the time in which he has to report to the United States Marshal's

---

[1] Defense counsel has subsequently learned of a fire in the Mariposa area, known as the "Detwiler Fire."

[2] A Los Angeles Times online article posted on July 19, 2017, at 2:45 p.m. indicates that the Detwiler Fire has grown from "25,000 acres to 45,724 acres" and has "forced 4,000 people to flee their homes." See http://www.latimes.com/local/lanow/la-me-ln-detwiler-fire-mariposa-yosemite-20170719-htmlstory.html. The article also notes that on July 18, 2017, California Governor Jerry Brown "declared a state of emergency in the area." Id.

office for pre-booking processing to Monday, July 24, 2017.

Respectfully submitted,

Date: July 19, 2017                    */s/ Reed Grantham*
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DOUGLAS RHOAN


# **O R D E R**

GOOD CAUSE APPEARING, the Court hereby grants the above request to extend the time in which Mr. Rhoan is to report to the United States Marshal's office to Monday, July 24, 2017, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   July 20, 2017              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE