1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DOUGLAS ALLEN RHOAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00019-MJS |
|---|---|
| Plaintiff, | **MOTION TO VACATE MARCH 20, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| DOUGLAS ALLEN RHOAN, | |
| Defendant. | |

Defendant Douglas Rhoan hereby requests that the Court vacate the March 20, 2018 review hearing. The Government is in agreement with the request.

On April 28, 2015, the Court sentenced Mr. Rhoan to 36 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Rhoan to pay a $100 fine.

On August 24, 2015, the Government filed a Petition for Violation of Probation, in which it alleged that Mr. Rhoan failed to obey all laws, failed to abstain from the consumption of alcohol, and failed to pay the requisite fine. On August 25, 2015, Mr. Rhoan admitted all counts alleged in the Government's petition and sentencing was eventually held on March 22, 2016, after Mr. Rhoan completed a 90-day impatient treatment program at Turtle Lodge.

On March 22, 2016, defense counsel advised the Court of Mr. Rhoan's successful

completion of the treatment program and the Court continued Mr. Rhoan's probation with all previously imposed conditions until April 28, 2018.

On April 18, 2017, the Government again filed an Affidavit of Alleged Probation Violations alleging that Mr. Rhoan failed to abstain from alcohol, failed to obey all laws, failed to report new law violations, and failed to attend AA meetings. On July 12, 2017, Mr. Rhoan admitted Charges One, Two, Three, and Four and the Court sentenced Mr. Rhoan to 30 days of custody with the requirement that all terms of probation remain in effect prior to and following Mr. Rhoan's 30 days in custody.

Following the sentencing hearing, the parties stipulated to amend the requirement that Mr. Rhoan "attend AA, or the equivalent … 1 time a week for the duration of probation" to read "following release from custody, Mr. Rhoan must attend the equivalent of one sweat lodge ceremony, or one counseling session or one AA meeting per week until March 20, 2018," and the Court adopted the parties' proposal.

Mr. Rhoan completed post-plead booking, spent 30 days in custody, and has continued to attend either AA or a sweat lodge ceremony following his release from custody. Additionally, he has had no new violations of law. Accordingly, Mr. Rhoan respectfully requested that this Court vacate the March 20, 2018 review hearing.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: March 12, 2018                       */s/ Hope Alley*
                                                HOPE ALLEY
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                DOUGLAS ALLEN RHOAN

**O R D E R**

Based on the parties' joint representation that Mr. Rhoan is in compliance with the conditions of his probation, the Court vacates the March 20, 2018 review hearing in case no. 6:15-mj-00019-MJS.

IT IS SO ORDERED.

Dated:   March 13, 2018                              /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE

Rhoan - Motion to Vacate

2